# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

University of Utah    v.    Max-Planck-Gesellschaft, et al.

No. 16-1336

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

- ☐ Pro Se
- ☒ As counsel for: Max-Planck-Gesellschaft zur Forderung der Wissenschaften e.V., Max-Planck-Innovation GmbH, Whitehead Institute for Biomedical Research, Massachusetts Institute of Technology, Alnylam Pharmaceuticals, Inc., Robert L. Caret, James R. Julian, Christine M. Wilda, and James P. McNamara

Name of party

I am, or the party I represent is (select one):

- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus curiae
- ☒ Cross Appellant
- ☐ Appellant
- ☐ Appellee
- ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

- ☐ Petitioner or appellant
- ☐ Respondent or appellee

Name: Morgan Chu
Law Firm: Irell & Manella LLP
Address: 1800 Avenue of the Stars, Suite 900
City, State and Zip: Los Angeles, CA 90067
Telephone: (310) 277-1010
Fax #: (310) 203-7199
E-mail address: mchu@irell.com

Statement to be completed by counsel only (select one):

- ☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
- ☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
- ☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 2, 1989

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
- ☐ Yes  ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date: 1/4/2016    Signature of pro se or counsel: /s/ Morgan Chu

cc: All Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on January 4, 2016 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Morgan Chu | /s/ Morgan Chu |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Irell & Manella LLP |
| Address | 1800 Avenue of the Stars, Suite 900 |
| City, State, Zip | Los Angeles, California 90067 |
| Telephone Number | (310) 227-1010 |
| Fax Number | (310) 203-7199 |
| E-Mail Address | mchu@irell.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields